IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TERRANCE LEWIS,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **CAPITAL ONE BANK** | : | |
| *Defendant.* | : | **NO. 21-5524** |

# O R D E R

**AND NOW,** this **1st** day of **December 2022**, upon consideration of Defendant's Motion to Dismiss (ECF No. 21) and no Response having been filed by Plaintiff, it is hereby **ORDERED** that for the reasons set forth in the accompanying Memorandum, Defendant's Motion to Dismiss is **DENIED**.

It is further **ORDERED** that an Answer to the Amended Complaint (ECF No. 20) shall be filed on or before **December 15, 2022**.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**