IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TERRANCE LEWIS,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **CAPITAL ONE BANK** | : | |
| *Defendant.* | : | **NO. 21-5524** |

## ORDER

**AND NOW**, this **12th** day of **May 2023**, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 32), and there being no response from Plaintiff, and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that Defendant's Motion (ECF No. 32) is **GRANTED**.

The Clerk of Court is hereby **ORDERED** to close the case.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**

1